1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   BRENDAN T. MOCKLER (CBN 302083)
4  Assistant United States Attorney
   Chief, Financial Litigation Section
5  ZORAN J. SEGINA (CBN 129676)
   Assistant United States Attorney
6        Federal Building, Suite 7516AA
         300 North Los Angeles Street
7        Los Angeles, CA 90012
         Telephone: (213) 894-6606
8        Facsimile: (213) 894-7819
         Email: Zoran.Segina@usdoj.gov
9
10
11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
                 UNITED STATES DISTRICT COURT
13
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

15 | UNITED STATES OF AMERICA, | **No. EDCV 20-1318** |
16 |                           |                      |
   |            Plaintiff,     | **[CR 06-0476-AHM]** |
17 |                           |                      |
   |              v.           | **UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF** |
18 |                           |                      |
   | KIMBERLY GERMANY,         | **WRIT OF CONTINUING GARNISHMENT TO GARNISHEE NORTH-WEST COLLEGE OF MEDICAL-DENTAL ASSISTANTS [28 U.S.C. § 3205(b)]** |
19 |                           |                      |
   |            Defendant.     |                      |
20 |                           |                      |
21 |                           | **AND** |
22 |                           | **CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |
23
24
25
26
27
28

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Kimberly Germany*, CR 06-0476-AHM.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On December 12, 2006, the Court entered an order imposing the following criminal judgment debt against defendant-judgment debtor Kimberly Germany:

- Restitution: $46,384.75
- Special assessment: $200.00

Kimberly Germany's Social Security Number is XXX-XX-4854, and she resides in Riverside, California.  As of June 30, 2020, Kimberly Germany's criminal debt balance is $42,476.44.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee North-West College of Medical-Dental Assistants is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that North-West College of Medical-Dental Assistants pays nonexempt disposable earnings to Kimberly Germany.  By and through this Writ of Garnishment, the United States seeks to garnish 25% of Kimberly Germany's disposable earnings for each pay period that North-West College of Medical-Dental Assistants owe or will owe, money or property to Kimberly Germany.  28 U.S.C. § 3205 (b)(1)(C); *see also* 15 U.S.C. § 1673.  Disposable earnings are calculated after applicable federal, state, and local taxes are deducted from Kimberly Germany's gross earnings.  15 U.S.C. §1672(b).

///

///

///

The name and address of Garnishee or the Garnishee's authorized agent is:

**North-West College of Medical-Dental Assistants**
**Attn: Human Resources**
**2121 W. Garvey Avenue N**
**West Covina, California 91790-2051**

Dated:  June 30, 2020.                    Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section

  /s/ *Zoran J. Segina*
ZORAN J. SEGINA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America